IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEARBOX SOFTWARE, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION |
| | | NO. _____ |
| APOGEE SOFTWARE, LTD. d/b/a 3D REALMS ENTERTAINMENT and INTERCEPTOR ENTERTAINMENT APS, | | |
| Defendants. | | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.1(c), Plaintiff Gearbox Software, LLC files this Certificate of Interested Persons and provides the following information:

**Name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock.**

Gearbox Software, LLC is a privately-held company that has no parent corporation.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.**

Gearbox Software, LLC, Apogee Software, Ltd. d/b/a 3D Realms Entertainment, and Interceptor Entertainment ApS are the legal entities that are financially interested in the outcome of the case.

**CERTIFICATE OF INTERESTED PERSONS**— Page 1 of 2

Respectfully submitted,

s/ Michael E. Schonberg
Michael E. Schonberg
  Texas State Bar No. 00784927
  E-mail: mike.schonberg@tklaw.com
Megan Dredla Hoyt
  Texas State Bar No. 24050530
  E-mail: megan.hoyt@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone: 214.969.1304
Fax: 214.880.3262

**ATTORNEYS FOR PLAINTIFF
GEARBOX SOFTWARE, LTD.**