AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-CV-00710-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Apogee Software Ltd d/b/a 3D Realms Entertainment

was received by me on *(date)*    02/26/2014    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Delivered to Apogee Software Ltd d/b/a 3D Realms Entertainment by delivering to attorney George Schultz at 5400 LBJ Freeway, Suite 1200, Dallas, TX 75240 on 02/26/2014.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/03/2014   

*Server's signature*

Joe Clewis sch4129 exp 8/31/14 Texas Process Server
*Printed name and title*

5470 LBJ Freeway, Dallas TX 75240
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Gearbox Software LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:14-cv-00710-L |
| | ) |
| Apogee Software Ltd et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Apogee Software Ltd

*doing business as* 3D Realms Entertainment

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Michael Schonberg
    1722 Routh St
    Suite 1500
    Dallas , TX 75201-2533

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/24/2014

*Signature of Clerk or Deputy Clerk*